UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

NATALIE R. SPENCER, )
 )
       Plaintiff, )
 )
v. )    No.:  3:11-CV-26
 )          (VARLAN/GUYTON)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
 )
       Defendant. )

## ORDER

This Social Security appeal is before the Court on the Report and Recommendation

entered by United States Magistrate Judge H. Bruce Guyton on December 22, 2011 [Doc.

15]. There have been no timely objections to the Report and Recommendation and enough

time has passed since the filing of the Report and Recommendation to treat any objections

as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). In the Report and

Recommendation, the magistrate judge recommends that the plaintiff's motion for summary

judgment [Doc. 10] be denied, that the Commissioner's motion for summary judgment [Doc.

13] be granted.

The Court has carefully reviewed this matter, including the underlying motions and

the complaint. The Court is in agreement with the magistrate judge's recommendation,

which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS**

**IN WHOLE** the Report and Recommendation [Doc. 15]. Additionally, it is hereby

**ORDERED** that the plaintiff's motion for summary judgment [Doc. 10] is **DENIED** and the

Commissioner's motion for summary judgment [Doc. 13] is **GRANTED**. The

Commissioner's decision in this case is **AFFIRMED**. This case is **DISMISSED**, and the

Clerk of Court is **DIRECTED** to close this case.

      IT IS SO ORDERED.

s/ Thomas A. Varlan

UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ Debra C. Poplin

    CLERK OF COURT